NORMAN J. WATKINS – SBN 87327
nwatkins@lynberg.com
SHANNON L. GUSTAFSON – SBN 228856
sgustafson@lyngerg.com
LYNBERG & WATKINS
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for COUNTY OF ORANGE and ORANGE COUNTY SHERIFF'S DEPARTMENT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHRISTIAN, fka DAVID CHRISTIAN BARTOSIEWSKI,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF ORANGE, a public entity; ORANGE COUNTY SHERIFF'S DEPARTMENT, a public entity; and DOES 1 THROUGH 10, inclusive,<br><br>            Defendant. | CASE NO. SACV 11-0655 AG (AGRx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Andrew J. Guilford – Crtrm 10D*<br><br><br>**JUDGMENT** |

1

**JUDGMENT**

The arguments having been presented and fully considered, and in accordance with the Court's May 18, 2012, Minute Order granting summary judgment in favor of Defendants COUNTY OF ORANGE and ORANGE COUNTY SHERIFF'S DEPARTMENT:

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1.      Plaintiff DAVID CHRISTIAN ("Plaintiff") shall recover nothing from Defendants COUNTY OF ORANGE and ORANGE COUNTY SHERIFF'S DEPARTMENT ("Defendants");

2.      Defendants shall have judgment in their favor against Plaintiff; and

3.      Defendants shall recover from Plaintiff their costs of suit.

**IT IS SO ORDERED.**

DATED:  May 24. 2012

By:  _____
**HON. ANDREW J. GUILFORD**
United States District Judge

---

**2**
**JUDGMENT**